■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v WILLIAM H. DONEGAN, JR., Respondent.—Appeal by the People from so much of an order of the County Court, Dutchess County, dated January 11, 1979, as, upon defendant's motion to inspect the Grand Jury minutes, reduced the sole count of the indictment from robbery in the first degree to robbery in the third degree. Order reversed insofar as appealed from, on the law, and the indictment is reinstated. A court is not authorized to reduce a count in an indictment upon the defendant's pretrial motion to inspect the Grand Jury minutes and dismiss the indictment. (See *People v Maier*, 72 AD2d 754.) Damiani, J. P., Mangano, Rabin and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRENCE ELBING, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered April 28, 1976, convicting him of attempted murder in the second degree, robbery in the first degree, and assault in the first degree, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing the conviction of assault in the first degree, and the sentence imposed thereon, and the said count is dismissed. As so modified, judgment affirmed. The assault charge must be dismissed pursuant to CPL 300.40 (subd 3, par [b]). We have considered defendant's other contentions and find them to be without merit. Damiani, J. P., Mangano, Rabin and Gulotta, JJ., concur.